Dean S. Cooper
DC Bar #924894
Associate General Counsel
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive, M/S 202
McLean, Virginia 22102
(703) 903-2472 (telephone)
(703) 903-2252 (fax)

Attorney for Defendant Federal Home
    Loan Mortgage Corporation



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Patricia Kidd, Pro Se, Relator**<br>**615 Roxboro Pl. N.W.**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**Godwin Ukaegbu,**<br>**and others known and unknown**<br><br>    **Defendants.** | CASE NUMBER 1:05CV01388<br><br>JUDGE: John D. Bates<br><br>DECK TYPE: General Civil<br><br>DATE STAMP: 07/12/2005 |

## NOTICE OF REMOVAL

NOW COMES Federal Home Loan Mortgage Corporation ("Freddie Mac"), defendant in <u>Patricia Kidd v. Godwin Ukaegbu, et al.</u>, filed in the Superior Court of the District of Columbia, Case Number 05-0000933, ("Superior Court Action"), which action was filed on 7 February 2005, and gives notice pursuant to 12 U.S.C. § 1452(f) of the removal of that action to this Court, and shows unto the Court the following:

    1. Freddie Mac is a United States corporation chartered by an Act of Congress organized and existing under the Federal Home Loan Mortgage Corporation Act, 12 U.S.C. § 1451, et seq., with its principal place of business located in McLean, Virginia.

2. 12 U.S.C. § 1452(f) provides, in pertinent part, that any civil action in any court other than a district court of the United States, to which Freddie Mac is a party may, at any time before trial, be removed to the United States District Court embracing the place where the action is pending.

3. Freddie Mac is a party to the Superior Court Action as referenced above, having been served on 20 June 2005 with a copy of the summons and complaint filed in the Superior Court Action, and no trial of the action has yet taken place. The United States District Court for the District of Columbia is the appropriate judicial district in which the Superior Court Action is pending. Freddie Mac is therefore entitled to remove the Superior Court Action to this Court. Attached hereto as Exhibit A, and incorporated by reference herein, is a copy of the Petition filed in the Superior Court Action.

4. Concurrently with the filing of this Notice of Removal, by means of the Notice of Filing Notice of Removal filed in the Superior Court Action and attached hereto as Exhibit B, Freddie Mac is giving written notice to all known parties, and to the Clerk of the Superior Court of the District of Columbia, Civil Division, of (i) this removal; (ii) the fact that this case is to be docketed in this Court; and (iii) that this Court shall hereafter be entitled to grant all relief to Freddie Mac as is proper under the circumstances, all in accordance with 12 U.S.C. § 1452 and such local rules as may be applicable.

Respectfully submitted, this 12th day of July, 2005.

                                             FEDERAL HOME LOAN MORTGAGE CORPORATION

                                             */s/ Dean S. Cooper*

                                             Dean S. Cooper
                                             DC Bar #924894
                                             Associate General Counsel
                                             Federal Home Loan Mortgage Corporation
                                             8200 Jones Branch Drive, M/S 202
                                             McLean, Virginia 22102
                                             (703) 903-2472 (telephone)
                                             (703) 703-903-2252 (fax)

Of Counsel:

Graham H. Kidner
Assistant General Counsel
Federal Home Loan Mortgage Corporation

3