EXHIBIT
A

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

PREPAYMENT OF COSTS WAIVED

Patricia Kidd, Pro Se, Relator
615 Roxboro Pl. N.W.

Plaintiff

05-0000933

vs.

CIVIL ACTION No. ____________

Godwin Ukaegbu
others known & unknown

Defendants

RECEIVED
Civil Clerk's Office
FEB 7 2005
Superior Court of the District of Columbia
Washington, D.C.

COMPLAINT

1. Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921.
Plaintiff purchased her home in 1986; in 2002 she requested a workout plan through a HUD counseling service and agreed to send info. Instead she received a foreclosure notice which was full of accounting errors, the mortgage was doubled, the servicer/lender refused to accept full payment and plaintiff filed a complaint and was told that there was not complaint mechanism until after property is taken and becomes an asset; successful in reaching executives servicer and lender, both agreed to dual audits ~~to~~ quash the foreclosure, to waive all fees, a dual conference call and that all foreclosure was cured. However, both failed to act on plaintiff complaint that Counsel and others were engaged in special matters which she was a witness and advocate in fraud allegations for DC residents and that the refusal to accept payment and the high fees could be reprisal or intent. In 2003, receiving several statements for the same period Plaintiff

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 300,000
with interest and costs.

726-1955
Phone:

DISTRICT OF COLUMBIA, ss

____________________, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

Patricia Kidd
(Plaintiff Agent)

Subscribed and sworn to before me this 4th day of Feb 2005.

[signature]
(Notary Public/Deputy Clerk)

 Complaint A

Godwin Ukaegbu. defendant came to my home misrepresenting himself, he informed me that some had purchased my home. He would not say whom but did give me a sheet of paper having Defendant Goldberg's information and several other organizations involved in a matter related to 89-CA-2695, Carter v. DC.

I was ordered to appear before the LT Court. Mr. Ukaegbu misreplesented who he was, a broker whom w/ his wife, the title Company, Goldberg and others to misrepresent that a foreclosure, settlement, and loan, transfer and other steps had happened in order to give him my property. Upon research I found that in fact no settlement had taken place because monies had not changed hands. In addition a title search had not been done. The fair three stages of foreclosure has not happened. In addition Mr. Ukaegbu has harassed me ordering me into caught and upon finding the foreclosure void, he went to the land records and changed documents.

Complent B

The courts did not stop this. I refer you to the attached Emergency motion and TRO.

1. I have charged that

I request jury trial 7th amendment is be denied

I have objected to pretext evidence matter

I have challenged the judge's trying evidence w/o jury

I have challenged funds being given to the defendant, unclean hands.

I have challenged the fact that a motion was pending and denied when the court ordered my presence and as absent and only the orders were given.

Pending is my Challenge - Onembees.

I am to be evicted tomomarrow, Feb 4, 2004. Wherefore I am request a TRO EXPARTE.

Pat Reed

615 Roxboro Pl. NW
WDC 20011