**EXHIBIT B**

## Superior Court of the District of Columbia
### CIVIL DIVISION

| | |
|---|---|
| **Patricia Kidd, Pro Se, Relator**<br>615 Roxboro Place, N.W.<br><br>**Plaintiff,**<br><br>vs.<br><br>**Godwin Ukaegbu**<br>**others known and unknown**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 05-0000933<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Federal Home Loan Mortgage Corporation, defendant in the above-styled action, has this date filed in the United States District Court for the District of Columbia, a Notice of Removal, a copy of which is attached as Exhibit A, thereby effecting removal of this case.

Respectfully submitted this 12th day of July, 2005.

FEDERAL HOME LOAN MORTGAGE
CORPORATION

_/s/ Dean S. Cooper_
Dean S. Cooper
DC Bar #924894
Associate General Counsel
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive, M/S 202
McLean, Virginia 22102
(703) 903-2472 (telephone)
(703) 703-903-2252 (fax)

Of Counsel:
Graham H. Kidner
Federal Home Loan Mortgage
 Corporation

## CERTIFICATE OF SERVICE

I, J. Arlene Campbell, hereby certify that on the 12th day of July, 2005 I caused a copy of the foregoing Notice of Removal to be mailed first-class, prepaid postage, United States mail to the following:

Patricia Kidd
615 Roxboro Place, N.W.
Washington, D.C. 20011

Godwin Ukaegbu
5505 Sargent Road
Hyattsville, Maryland 20009

Draper & Goldberg PLLC
803 Sycolin Road, Suite 301
Leesburg, Virginia 20175

Alex Cooper Auctioneer, Inc.
c/o Draper & Goldberg PLLC
803 Sycolin Road, Suite 301
Leesburg, Virginia 20175

Robert Spanaletti
Office of the City Counsel
1350 Pennsylvania Avenue N.W.
Washington, D.C. 20004

District of Columbia Government
Mayor Anthony Williams
1350 Pennsylvania Avenue N.W.
Washington, D.C. 20004

*Arlene Campbell*
By: J. Arlene Campbell

Dated: July 12, 2005