Dean S. Cooper
DC Bar #924894
Associate General Counsel
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive, M/S 202
McLean, Virginia 22102
(703) 903-2472 (tel.)
(703) 903-2252 (fax)

Attorney for Defendant Federal Home
    Loan Mortgage Corporation

<div style="text-align:center">

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

</div>

| | |
|---|---|
| **Patricia Kidd, Pro Se, Relator** ) | |
| **615 Roxboro Pl. N.W.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | |
| vs. ) | Civil Action No. 1:05 cv 1388 JDB |
| ) | |
| ) | |
| Godwin Ukaegbu ) | |
| others known and unknown ) | |
| ) | |
| **Defendants.** ) | |

<div style="text-align:center">

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

</div>

I, the undersigned counsel of record for Federal Home Loan Mortgage Corporation ("Freddie Mac"), certify that pursuant to FED. R. CIV. P. 7.1 Federal Home Loan Mortgage Corporation has no parent corporation and no publicly held corporation

owns more than 10% of Federal Home Loan Mortgage Corporation's stock. I also certify, pursuant to LCvR 7.1, that to the best of my knowledge and belief based on reasonable inquiry and the information provided in response thereto, the following are subsidiaries or affiliates of Freddie Mac that have any outstanding securities in the hands of the public:

(a) G3 Mortgage Reinsurance Ltd.

(b) Home Ownership Funding Corporation - I.

(c) Home Ownership Funding Corporation - II.

(d) Series J007 Swap Trust

These representations are made in order that the judges of this court may determine the need for recusal.

Respectfully submitted, this 14th day of July, 2005.

FEDERAL HOME LOAN MORTGAGE CORPORATION

Dean S. Cooper
DC Bar #924894
Associate General Counsel
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive, M/S 202
McLean, Virginia 22102
(703) 903-2472 (telephone)
(703) 903-2252 (fax)

## CERTIFICATE OF SERVICE

I, J. Arlene Campbell, hereby certify that on the 14th day of July, 2005 I caused a copy of the foregoing Disclosure of Corporate Affiliations and Financial Interests to be mailed first-class, prepaid postage, United States mail to the following:

Patricia Kidd
615 Roxboro Place, N.W.
Washington, D.C. 20011
 and
P.O. Box 29232
Washington, DC 20017

Wells Fargo Home Mortgage, Inc.
MAC X2505-02D
One Home Campus
Des Moines, Iowa 50328

Godwin Ukaegbu
5505 Sargent Road
Hyattsville, Maryland 20009

Draper & Goldberg PLLC
803 Sycolin Road, Suite 301
Leesburg, Virginia 20175

Alex Cooper Auctioneer, Inc.
c/o Draper & Goldberg PLLC
803 Sycolin Road, Suite 301
Leesburg, Virginia 20175

Robert Spanaletti
Office of the City Counsel
1350 Pennsylvania Avenue N.W.
Washington, D.C. 20004

District of Columbia Government
Mayor Anthony Williams
1350 Pennsylvania Avenue N.W.
Washington, D.C. 20004

_____
By: J. Arlene Campbell
Dated: July 14, 2005