UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA KIDD : | |
| : | Civil Action No. 1:05cv01388 |
| Plaintiffs, : | |
| v. : | |
| GODWIN UKAEGBU, et al. : | |
| Defendants. : | |

## MOTION TO DISMISS

COMES NOW, the Defendants, L. Darren Goldberg, Draper & Goldberg, PLLC and Wells Fargo Home Mortgage Corp. ("Defendants") by and through counsel, hereby moves this Court to enter an Order granting Defendants' Motion to Dismiss and in support thereof states as follows:

1. Plaintiff failed to properly serve the initial Summons and Complaint on Defendants.

2. Plaintiff's claims are barred under the doctrine of res judicata.

3. Defendants respectfully invite the Court's attention to the attached Memorandum of Points and Authorities in Support of this Motion.

WHEREFORE, Defendants respectfully request that this Court dismiss Plaintiff's Complaint with prejudice, award defendants damages and grant such further relief the Court deems appropriate.

Respectfully Submitted,

/s/ James E. Clarke
James E. Clarke #460826
Rita Ting-Hopper #481136
Counsel for the Defendants
L. Darren Goldberg, Draper &
Goldberg, PLLC and Wells Fargo
Home Mortgage, Inc.
Draper & Goldberg, P.L.L.C.
803 Sycolin Road, Suite 301
Leesburg, VA 20175
703-777-7101

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that copies of the forgoing Motion to Dismiss and Proposed Order was mailed by first class mail, postage paid this 18th day of July, 2005 to the following parties:

Patricia Kidd
615 Roxboro Place, NW
Washington, D.C. 20011

Federal Home Loan Mortgage Corporation
Dean S. Cooper
Associated General Counsel
8200 Jones Branch Drive, M/S 202
McLean, Virginia 22102

                                                /s/ James E. Clarke_____
                                                James E. Clarke, Esquire