UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PATRICIA KIDD | : | |
| | : | Civil Action No. 1:05cv01388 |
| Plaintiff, | : | |
| v. | : | |
| GODWIN UKAEGBU, et al. | : | |
| Defendants. | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Defendant L. Darren Goldberg, Draper & Goldberg, PLLC and Wells Fargo Home Mortgage Corp. ("Defendants"), by undersigned counsel, hereby submits, without waiving proper service of process, this Memorandum of Points and Authorities in support of their Motion to Dismiss.

STATEMENT OF FACTS

1. Plaintiff defaulted under a mortgage note and deed of trust being serviced by Wells Fargo Home Mortgage Corp.

2. On December 10, 2003, Plaintiff applied for a temporary restraining order, Case No. 03-CA-9796 alleging the same factual circumstance of alleged accounting irregularities. The Plaintiffs motion was heard and denied. A copy of the relevant pleadings are attached as Exhibit "a".

3. On December 19, 2003, the court in Case No. 03-CA-9796, denied Plaintiff's motion for a permanent injunction and dismissed Plaintiff's complaint.

4.      On December 19, 2003, Plaintiff sought an emergency stay of the District of Columbia Court of Appeals which was denied per curiam December 22, 2003, copy of appellate pleading are attached as Exhibit "b".

5.      On August 4, 2004, the Superior Court in Case No. 03-CA-9796 denied Plaintiff's Motions to (a) vacate/recall mandate/set aside/reinstate case; (b) to amend (recurring damages); (c) for reinstatement; and (d) to amend complaint.

6.      On May 12, 2005, the District of Columbia, Court of Appeals again dismissed Plaintiff's appeal.

7.      Plaintiff commenced the present action on February 07, 2005.

8.      Plaintiff has failed to timely serve the summons and complaint.

ARGUMENT

9.      The Superior Court's Dismissal on December 19, 2003 was pursuant Superior Court Rule 41(b) and as such operates as adjudication upon the merits. **Bazata v. National Ins. Co., 400 A.2d 313, 315 (D.C., 1979)**.

10.     Plaintiff's prior dismissal is res judicata and therefore plaintiff's present case must be dismissed with prejudice.

11.     Plaintiff failed to file proof of service on defendants within 60 days of filing the complaint as required under Rule 4(m), therefore Plaintiffs complaint must be dismissed. **Cameron v. Washington Metro. Area Transit Auth., 649 A.2d 291 (D.C., 1994)**.

12.     Plaintiff's have failed to timely file proof of service of the summons and complaint on defendants and therefore under the rules the complaint must be dismissed.

**WHEREFORE,** Defendants pray this Honorable Court will dismiss Plaintiff's complaint

with prejudice and award fees and costs to defendant in responding to Plaintiff's complaint.

Respectfully Submitted,

/s/ James E. Clarke
James E. Clarke #460826
Rita Ting-Hopper #481136
Counsel for the Defendants
L. Darren Goldberg, Draper &
Goldberg, PLLC and Wells Fargo
Home Mortgage, Inc.
Draper & Goldberg, P.L.L.C.
803 Sycolin Road, Suite 301
Leesburg, VA 20175
703-777-7101

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that copies of the forgoing Motion to Dismiss and Proposed Order was mailed by first class mail, postage paid this 18th day of July, 2005 to the following parties:

Patricia Kidd
615 Roxboro Place, NW
Washington, D.C. 20011

Federal Home Loan Mortgage Corporation
Dean S. Cooper
Associated General Counsel
8200 Jones Branch Drive, M/S 202
McLean, Virginia 22102

                                                /s/ James E. Clarke_____
                                                James E. Clarke, Esquire