**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| **PAT KIDD** | : | |
| **Plaintiff** | : | |
| | : | **Case No. 03CA9796** |
| **v.** | : | **Calendar 13** |
| | : | **Judge Melvin R. Wright** |
| **L. DARREN GOLDBERG** | : | |
| **Defendant** | : | |

**OMNIBUS ORDER DENYING PLAINTIFF'S *PRO SE* MOTIONS (1) TO VACATE/RECALL MANDATE/SET ASIDE/REINSTATE CASE; (2) TO AMEND (RECURRING DAMAGES); (3) FOR REINSTATEMENT; AND (4) TO AMEND COMPLAINT**

Upon consideration of Plaintiff's *pro se* Motions (1) to Vacate/Recall Mandate/Set Aside/Reinstate Case (Group 22); (2) to Amend (Recurring Damages) (Group 24); (3) for Reinstatement (Group 29); and (4) to Amend Complaint (Group 27), it is by the Court this 2nd day of August 2004,

**ORDERED** that Plaintiff's *pro se* Motions (1) to Vacate/Recall Mandate/Set Aside/Reinstate Case; (2) to Amend (Recurring Damages); (3) for Reinstatement; and (4) to Amend Complaint be and are hereby **DENIED**. The Complaint sought injunctive relief from a pending foreclosure sale of Plaintiff's property. That sale had already occurred by the time of the status hearing before this Court on December 19, 2003, so any injunctive relief was denied as moot. This case is in the same posture now as it was at the time of that status hearing. The Court is unable to provide Plaintiff any relief in the instant action, since the basis of Plaintiff's Complaint was rendered moot upon the sale of the property.

**SO ORDERED.**

Melvin R. Wright
Associate Judge

DOCKETED AUG 4 - 2004

MAILED AUG 4 - 2004

Copies to:

Patt Kidd
615 Roxboro Pl., NW
Washington, DC 20011

L. Darren Goldberg, Esq.
803 Sycolin Rd.
Suite 301
Leesburg, VA 20175

AUG 0 5 2004

Superior Court of the District of Columbia

# CIVIL ACTIONS BRANCH

PAT KIDD

VERSUS

L. DARREN GOLDBERY ESQ.

| DATE | COURT CLERK'S MEMORANDUM | JUDGE |
|---|---|---|
| 12-11-03 | JIC. PL + R present. Motion for TRO was heard + denied. Case to be set for status call on 12-19-03 @ 11am on Cal #13! | Murphy |
| 12/12/03 | Notice of Appeal Mailed to Interested Parties | |
| 12/16/03 | NOA Filed 12/11/03 & Rec'vd 12/15/03 | |
| 12/19/03 | Ctrm #18 Status hrg. held. Motion for permanent injunction is denied. Case is hereby DISMISSED | Wright |

9796 '03

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
Washington, D.C. 20001

Patricia Kidd

_______________ *Plaintiff*

vs.

L Darren Goldberg
c/o Draper Goldberg, LLPC
Freddie Mack Mortg Co.
Alex Cooper auctioneer
Wells Fargo Home Mortgage
*Defendant*

Civil Action No. _______________

## ORDER

Upon consideration of the motion to extend time until 12/23/03 for PIP

filed by PAT KIDD

and after hearing argument on behalf of all parties concerned, it is, by the Court, this _______________

day of _______________, 20 ______,

ORDERED:

(1) That the motion be, and it is hereby, ☐ GRANTED ☐ DENIED

(2) That _______________

Copies to:

_______________
JUDGE

Form CV-545/Apr. 03

# Superior Court of the District of Columbia

## CIVIL DIVISION

PATRICIA KIDD

Plaintiff

vs.

L Darren Goldberg
c/o Draper + Goldberg LLC
Freddie MACK Mortg. Co.
Alex Cooper auctioneer
WELLS FARGO Home Mortgage

Defendant

FILED
CIVIL ACTIONS BRANCH
DEC 1 8 2003
Superior Court
of the District of Columbia
Washington, D.C.

No. 03 CA 9796

## MOTION - (Pro-Se)

MOTION OF: PATRICIA KIDD for Motion to Extend Time (12/23/03)

(State briefly what you want the Court to do) ON 12/10/03, KIDD FILED AN EMERGENCY TIP/TRO to postpone the Auctioning of Her home (SALE, eviction). The matter was set for 10:00 AM, 12/11/03, The actual day of the sale. The judge Wright denied the ex parte motion. The home w/ disputed mortgage owed and pending dual audits by FREDDIE MAC and Wellsfargo WAS SOLD. THE PIP is set before Judge Wright 12/19/03 at 11:00 AM. KIDD's Extension til 12/23/03 is predicated on that all or most communication has again been shut off, MAKING communication difficult - priority has gone to these unforeseen activities. Services however are off pending the success of whether this Court will restore rights

Printed name: PATRICIA ANN KIDD

Signature: Patricia Kidd

Address: 615 Roxboro Pl. NW.

Home phone no. 202-726-1955

Business phone no. Same

## CERTIFICATE OF SERVICE

On 12/18, 2003, I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

| | |
|---|---|
| Name: L Darren Goldberg c/o Draper Goldberg 803 Sycolin RD, Suite 301 | Name: Alex Cooper |
| Address: Wells FARGO PO Box 1225 Charlotte, NC 28 201-1225 | Address: |

Patricia Kidd
Signature

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

Equitable Powers of Court

Consumer Property Law

Patricia Kidd
Signature

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION
Washington, D.C. 20001

FILED IN OPEN COURT DEC 19 2003 Superior Court of The District of Columbia Washington, D.C.

Pat Kech

S. Darren Goldberg Esq
C/o Draper + Goldberg PLLC — Plaintiff

vs.

Freddie Mac Mortgage
Alex Cooper auctioneer
others known + unknown — Defendant

Civil Action No. 9796-03

FILED CIVIL ACTIONS BRANCH DEC 2003 of the Superior Court of the District of Columbia Washington, D.C.

## ORDER

Upon consideration of the motion PI

filed by Plantiff

and after hearing argument on behalf of all parties concerned, it is, by the Court, this 19th

day of December, 20 03,

ORDERED:

(1) That the motion be, and it is hereby, ☐ GRANTED ☑ DENIED

(2) That the motion for preliminary injunction is denied, since foreclosure took place on Dec 11, 2003

Copies to: parties in open court

Melvin R Wright
JUDGE

DOCKETED DEC 24 2003

Form CV-545/Apr. 03

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**Washington, D.C. 20001**

Pat Kidd

L. Darren Goldberg Esq
c/o Draper + Goldberg PLLC
Freddie Mac Mortgage
Alex Cooper auctioneer
others known + unknown

*Plaintiff*

vs.

*Defendant*

Civil Action No. 9796-03

**ORDER**

Upon consideration of the motion PI

filed by Plaintiff

and after hearing argument on behalf of all parties concerned, it is, by the Court, this 19th

day of December, 2003,

ORDERED:

(1) That the motion be, and it is hereby, ☐ GRANTED ☑ DENIED

(2) That the motion for preliminary injunction is denied, since foreclosure took place on Dec 11, 2003

Copies to:

Melvin R Wright
JUDGE

Form CV-545/Apr. 03

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**Washington, D.C. 20001**

Pat Kidd

_______________ *Plaintiff*

vs.

Civil Action No. 03-0009796

L. Darren Goldberg Esq.
c/o draper & Goldberg PLLC
Freddie Mac Mortgage
Alex Cooper Auctioneer
others known & unknown

_______________ *Defendant*

**ORDER**

Upon consideration of the motion TRO

filed by Plantiff

and after hearing argument on behalf of all parties concerned, it is, by the Court, this 11th

day of December, 20 03,

ORDERED:

(1) That the motion be, and it is hereby, ☐ GRANTED ☒ DENIED

(2) That _______________

Copies to:

Judge Tim Murphy
JUDGE

Form CV-545/Apr. 03

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

OFFICE OF THE JUDGE IN CHAMBERS

TO: L. Darren Goldberg, Esq., c/o Draper, Goldberg, PLLC CASE NO.: CA 9796-03

**NOTICE OF HEARING**

You are hereby notified that there will be a hearing on Plaintiff's request for a Temporary Restraining Order (T.R.O.) against you, on December 11, 2003 (date), at 10:00 (time) a.m./p.m. at

D.C. SUPERIOR COURT, 500 Indiana Avenue, N.W., Room 4220, 4th floor.

If you wish to be heard, your presence is required.

WHITE - DEFENDANT CANARY - PLAINTIFF PINK - COURT FILE

FORM SO-2064/Jul 98

703-940-9112

# Superior Court of the District of Columbia

## CIVIL DIVISION

Pat Kidd
615 [illegible]

Plaintiff

vs.

L. Darren Goldberg Esq
C/o Draper & Goldberg PLLC
Freddie Mac, Mortgage
Alex Cooper, Auctioneer
& Others Known & Unknown

Defendant

RECEIVED
Civil Clerk's Office
DEC 10 2003
Superior Court of the District of Columbia
Washington, D.C.

No. 03-0009795

## MOTION - (Pro-Se)

MOTION OF: Patricia Kidd for temporary restraining order & Notice of lis pendens

(State briefly what you want the Court to do)
• Plaintiff seek a notice of lis pendens file at the recorder of deeds
• Plaintiff requests an emergency temporary or preliminary injunction to stop the foreclosure, auction and sale of her home. This has been very difficult getting to this point due to so many deceptions and obstructions. Therefore petitions. [illegible] the Court's understanding and the [illegible] [illegible] action. She thought she had support.

| Printed name: PAT KIDD | Signature: Pat Kidd |
|---|---|
| Address: 615 Roxboro Pl NW | Home phone no. 615 Roxboro Pl [illegible] |
| | Business phone no. 703-[illegible] |

## CERTIFICATE OF SERVICE

On Dec 10, 2003, I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

| Name: L. Darren Goldberg Esq C/o Draper & Goldberg PLLC | Name: Attn: L. Darren Goldberg |
|---|---|
| Address: Freddie Mac, Mortgage; Alex Cooper, Auctioneer & others Known & Unknown | Address: PO Box 6177 Leesburg Va 20178; Attn: Alex Cooper Auctioneer 5301 Wisconsin [illegible] WDC 20015 |

Pat Kidd
Signature

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

The equitable power of the court
Truth & Lending
Consumer protection laws

Pat Kidd
Signature

# Superior Court of the District of Columbia

## CIVIL DIVISION

Pat Reed

Plaintiff

vs.

L. Darren Goldberg, Esq. C/o Draper & Goldberg, PLLC; Freddie Mac Mortgage; Alex Cooper, Auctioneer; + others Known + unknown

Defendant

RECEIVED Civil Clerk's Office DEC 10 2003 Superior Court of the District of Columbia Washington, D.C.

No. 03-0009796

## MOTION (Pro Se)

MOTION OF: Patricia Reed for Preliminary Injunction

(State briefly what you want the Court to do) Plaintiff seeks to mandatorily enjoin defs from capriciously elevating mortgage fees and inevitably leading to foreclosure status and the threat of loss of home. These matters are ongoing and harms plaintiff. Remedy of audit and reviewing authority

Printed name:

Signature:

Address:

Home phone no.

Business phone no.

## CERTIFICATE OF SERVICE

On Dec 10th, 2003, I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below.

Name: L. Darren Goldberg, Esq. C/o Draper + Goldberg, PLLC

Address: Freddie Mac Mortgage; Alex Cooper, Auctioneer; + others Known + Unknown

Name: Attn: L. Darren Goldberg, PO Box 6177 Leesburg VA 20178

Address: attn: Alex Cooper Auctioneer 5301 Wisc. Ave NW 20015

Signature

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

The equitable powers of the Court

Truth and Lending + Consumer Protection Laws

Pat Reed

Signature

Form CV-305/Dec. 00

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

RECEIVED
Civil Clerk's Office
DEC 10 2003
Superior Court of the District of Columbia
Washington, D.C.

Pat Kidd
Plaintiff

*Plaintiff*

03-0009795

CIVIL ACTION No.

*vs.*

S. Darren Goldberg Esq
c/o Draper & Goldberg PLC
Freddie Mac, Mortgage
Alex Cooper, auctioneers
& all others known & unknown

(addresses on attached copy)

*Defendants*

**COMPLAINT**

1. **Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921.**
Plaintiff seeks exparte remedy enjoining & restraining the above captioned defendant, Wells Fargo Home Mortgage Inc, Darren Goldberg Esq, and the law firm of Draper & Goldberg, PLC located in Virginia, and Alex Cooper Auctioneers Inc from proceeding with foreclosure sale of her residence Wed. Dec 11, 2003 at 1624 at 5301 Wisconsin Ave, Suite 750 NW. Plaintiff has filed complaint about the questionable and escalating mortgage and fees and corporate costs which have now contributed to her adverse status w/no response

**Wherefore, Plaintiff demands judgment against Defendant in the sum of $** ______________
**with interest and costs.**

202-726-1955
**Phone:**

**DISTRICT OF COLUMBIA, SS**

Pat Kidd ______________, **being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.**

Pat Kidd
(Plaintiff Agent)

**Subscribed and sworn to before me this** 12/10 **day of** DEC 10 2003 **20** ____.

(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00