# District of Columbia
# Court of Appeals

No. 04-CV-1119

PAT KIDD,

                        Appellant,

                                                CA9796-03

v.

L. DARREN GOLDBERG,

                        Appellee.



## O R D E R

On consideration of this court's order of April 18, 2005, directing appellant to submit the brief, accompanied by a motion for leave to file out of time, within 20 days, and appellant having failed to comply with the order, it is

ORDERED that this appeal is hereby dismissed.  *See* D.C. App. R. 13.

BY THE COURT:

ANNICE M. WAGNER
Chief Judge

Copies to:

Honorable Melvin R. Wright

Clerk, Superior Court

Director, Court Reporting Division

Pat Kidd
615 Roxboro Place, NW
Washington, DC 20011

L. Darren Goldberg
803 Sycolin Road - Suite 301
Leesburg, VA 20175

lw

# District of Columbia Court of Appeals



L. DARREN GOLDBERG
803 SYCOLIN ROAD
SUITE 301
LEESBURG, VA
      20175

04-CV-001119  PAT KIDD V. L. DARREN GOLDBERG                    CA9796-03

ORDER

On consideration of this court's order of March 1, 2005, directing appellant to file the brief and the appendix within 40 days and it appearing that the brief and the appendix have not been filed, it is

ORDERED that the brief of appellant and the appendix shall be submitted within 20 days from the date of this order, accompanied by a motion for leave to file out of time. The motion should set forth good cause for the failure either to timely file the documents or to request an extension of time within which to do so. Failure to comply with this order shall subject this appeal to dismissal without further notice. See D.C. App. R. 13. (lw)

FOR THE COURT
GARLAND PINKSTON, JR.
CLERK OF THE COURT

copies to:

PAT KIDD

# District of Columbia Court of Appeals

FILED
MAR X 1 2005
DISTRICT OF COLUMBIA
COURT OF APPEALS

L. DARREN GOLDBERG
803 SYCOLIN ROAD
SUITE 301
LEESBURG, VA
    20175

04-CV-001119 PAT KIDD V. L. DARREN GOLDBERG      CA9796-03

## ORDER

It appearing that the complete record on appeal has been filed with this court, it is ORDERED that appellant's brief and the limited appendix, as required by D.C. App. R. 30 (f) shall be filed within 40 days from the date of this order, and appellee's brief shall be filed within 30 days thereafter. See D.C. App. R. 30, 31. (lw)

FOR THE COURT
GARLAND PINKSTON, JR.
CLERK OF THE COURT

copies to:

PAT KIDD

response due
1/6/04

# D.C. COURT OF APPEALS

RECEIVED DEC 19 2003 DISTRICT OF COLUMBIA COURT OF APPEALS

Patricia Kidd
Freddie Mae
Wells Fargo
Darren Goldberg
C/o Draper & Goldberg

**Appellant / Petitioner**

v.

**Appellee / Respondent**

No. 9796-03

Emergency
**MOTION FOR** Stay of Closing, Reverse Preliminary Injunction to file lis pendens and Complete Audit Enjoin Foreclosure, Eviction, Sale, Closing

I, Patricia Kidd, appellant or petitioner in the above appeal request that: This court support the return of my home worth over $300,000 a dispute on escalating mortgage, double billing, & escrow fees and arrearage is disputed begun in 2001/2002 when charged $24,000 in legal fees. Timely disputed all fees and requested creditor info and audit IAW 15 USC 1692. On times including 3/27/03 I filed a complaint; a query on 4/8 I amended the complaint because the organizations had not complied w/ 1692. It was agreed that an audit would be done independently by Freddie Mac & Wells Fargo. Legal fees would be waived (as conferenced w/ Swann Moore & Scott Benedict) I agreed to pay $2,101.36 to take care arrears and the independent audits were to take place. On 4/25/03 I contacted Banking Financial Inst. with a complaint. See attached

Respectfully submitted:

Signature: Pat Kidd

Name (print): 615 Roxboro Pl NW

Address: Wash DC 20011

Telephone No.: 2/726-1955

**Certificate of Service**

I certify that I have served a copy of the foregoing on L. Darren Goldberg (name) 803 Sycolin Rd., Suite 301, Leesburg, Va. 20175 (address)

by hand / by first class mail at _____

this 19th day of December, 2003.

Signature: Pat Kidd

District of Columbia
Court of Appeals



L. DARREN GOLDBERG
803 SYCOLIN ROAD
SUITE 301
LEESBURG, VA
       20175

04-CV-001119 PAT KIDD V. L. DARREN GOLDBERG                                              CA9796-03

ORDER

On consideration of the motion of appellant for an extension of time to file the statement regarding transcript, and no opposition having been filed, it is

ORDERED that the motion of appellant is granted, and the statement regarding transcript shall be filed with this court on or before October 27, 2004. (lw)

FOR THE COURT

GARLAND PINKSTON, JR.
CLERK OF THE COURT

copies to:

PAT KIDD

# District of Columbia
# Court of Appeals



L. DARREN GOLDBERG
803 SYCOLIN ROAD
SUITE 301
LEESBURG, VA
    20175

04-CV-001119 PAT KIDD V. L. DARREN GOLDBERG      CA9796-03

## ORDER

    On consideration of the notice of appeal filed in this case on September 2, 2004, and it further appearing that appellant was granted in forma pauperis status in the trial court, and it further appearing that transcript may be required for this appeal, it is
    ORDERED that appellant shall, within 15 days from the date of this order, file with the Appeals Coordinator's Office a request for preparation of transcripts of proceedings in the Superior Court, on motion with notice, to the appropriate motionsor trial judge, for determination in accordance with Hancock v. Mutual of Omaha Ins. Co., 472 A.2d 867 (D.C. 1984). See D.C. App. R. 10 (b)(5)(A). It is
    FURTHER ORDERED that appellant shall within 20 days from the date of this order complete and file with this court a single copy of the attached Statement Regarding Transcript. It is
    FURTHER ORDERED that appellant's failure to respond to any order of this court, including this order, shall subject this appeal to dismissal without further notice for lack of prosecution. See D.C. App. R. 13(a). (lw)

copies to:

PAT KIDD      CLERK, SUPERIOR COURT

FOR THE COURT

GARLAND PINKSTON, JR.
CLERK OF THE COURT

**District of Columbia<br>Court of Appeals**

No. 04-CV-1119

PAT KIDD,

                        Appellant,

                                                CA9796-03

v.

L. DARREN GOLDBERG,

                        Appellee.

FILED NOV 2 3 2004 DISTRICT OF COLUMBIA COURT OF APPEALS

**O R D E R**

      On consideration of this court's order of November 4, 2004, directing appellant to file the statement regarding transcript within 10 calendar days from the date of the order, accompanied by a motion for leave, and it appearing that appellant has failed to comply with the order, it is

      ORDERED that this appeal is hereby dismissed. *See* D.C. App. R. 13.

                                              BY THE COURT:

                                              ANNICE M. WAGNER<br>                                              Chief Judge

Copies to:

Honorable Melvin R. Wright

Clerk, Superior Court

Director, Court Reporting Division

Pat Kidd<br>615 Roxboro Place, NW<br>Washington, DC 20011

L. Darren Goldberg<br>803 Sycolin Road - Suite 301<br>Leesburg, VA 20175

lw

# District of Columbia
# Court of Appeals

No. 03-CV-1442

PATRICIA KIDD,
        Appellant,

CA9796-03

v.

L. DARREN GOLDBERG, ET AL.,
        Appellee.

FILED MAR 1 2 2004 DISTRICT OF COLUMBIA COURT OF APPEALS

**Before: Steadman and Washington, Associate Judges; Kern, Senior Judge.**

### ORDER

On consideration of appellant's *pro se* motion to recall mandate, it is

ORDERED that the motion is denied.

                      PER CURIAM.

Copies to:

Patricia Kidd
615 Roxboro Place N.W.
Washington, DC 20011

L. Darren Goldberg, Esquire
803 Sycolin Road, Suite 301
Leesburg, VA 20175

aj

# District of Columbia
# Court of Appeals

FILED JAN 1 2 2005 DISTRICT OF COLUMBIA COURT OF APPEALS

No. 04-CV-1119

PAT KIDD,

                           Appellant,                  CA9796-03

v.

L. DARREN GOLDBERG,

                           Appellee.

## ORDER

    On consideration of appellant's motion for reconsideration and reinstatement and for leave to file a statement regarding transcript, to which no opposition has been filed and this court's order of November 23, 2004, which dismissed this appeal for appellant's failure to file the statement regarding transcript, and it appearing that the statement regarding transcript has not yet been lodged with this court, it is

    ORDERED that appellant shall, within 10 calendar days from the date of this order, file with the Appeals Coordinator's Office a request for preparation of transcripts of proceedings in the Superior Court, on motion with notice, to the appropriate motions or trial judge, for determination in accordance with *Hancock v. Mutual of Omaha Ins. Co.*, 472 A.2d 867 (D.C. 1984) *See* D.C. App. R. 10 (b)(5)(A). It is

    FURTHER ORDERED that appellant shall simultaneously file a file-stamped copy of that document with this court. It is

    FURTHER ORDERED that appellant's motion to reinstate is hereby held in abeyance. Failure to comply with this order shall result in the denial of appellant's motion to reinstate.

                                          BY THE COURT:

                                          ANNICE M. WAGNER
                                          Chief Judge

Copies to:

Clerk, Superior Court                        L. Darren Goldberg
                                                               803 Sycolin Road - Suite 301
Pat Kidd                                                           Leesburg, VA 20175
615 Roxboro Place, NW
Washington, DC 20011                           lw

**District of Columbia
Court of Appeals**

FILED
JAN 1 6 2004
DISTRICT OF COLUMBIA
COURT OF APPEALS

No. 03-CV-1442

PATRICIA KIDD,

                      Appellant,        CA9796-03

  v.

L. DARREN GOLDBERG, ET AL.,

                      Appellees.

BEFORE:    Steadman and Washington, Associate Judges, and Kern, Senior Judge.

### ORDER

    On consideration of this court's December 22, 2003, order directing appellant to show cause why this appeal should not be dismissed for lack of jurisdiction as having been taken from a non-appealable order, the response thereto, and appellant's motion for certification of interlocutory claim to the Supreme Court, it is

    ORDERED that the appeal is hereby dismissed for lack of jurisdiction as having been taken from a non-appealable order. *See Network Technical Services Inc. v. D.C. Data,* 464 A.2d 133 (D.C. 1983). It is

    FURTHER ORDERED that appellant's motion for certification is denied as moot.

PER CURIAM

Copies to:

Honorable Tim Murphy

Clerk, Superior Court

Patricia Kidd
615 Roxboro Place, N.W.
Washington, D.C. 20011

L. Darren Goldberg, Esquire
803 Sycolin Rd, Suite 301
Leesburg, VA 20175

b





# District of Columbia
# Court of Appeals



FILED DEC 2 2 2003 DISTRICT OF COLUMBIA COURT OF APPEALS

No. 03-CV-1442

PATRICIA KIDD,

          Appellant,         CA9796-03

v.

L. DARREN GOLDBERG, ET AL.,

          Appellees.

BEFORE:   Steadman and Washington, Associate Judges, and Nebeker, Senior Judges.

## ORDER

On consideration of appellant's emergency motion for stay, preliminary injunction and other relief, and it further appearing that appellant has noted an appeal from a December 11, 2003, order denying a temporary restraining order, it is

ORDERED that the emergency motion for stay, preliminary injunction and other relief is denied on the merits. It is

FURTHER ORDERED that appellant shall, within 20 days from the date of this order, show cause why this appeal should not be dismissed as having been taken from a non-appealable order. *See Network Technical Services Inc. v. D.C. Data,* 464 A.2d 133 (D.C. 1983).

PER CURIAM

Copies to:

Honorable Tim Murphy

Clerk, Superior Court

Patricia Kidd
615 Roxboro Place, N.W.
Washington, D.C. 20011

L. Darren Goldberg, Esquire
803 Sycolin Rd, Suite 301
Leesburg, VA 20175

jb

## District of Columbia
## Court of Appeals

**FILED APR 21 2004**
**DISTRICT OF COLUMBIA COURT OF APPEALS**

No. 03-CV-1442

PATRICIA KIDD,
           Appellant,
           CA9796-03

v.

L. DARREN GOLDBERG, ET AL.,
           Appellee.

**Before: Steadman and Washington, Associate Judges, and Kern, Senior Juidge.**

### ORDER

On consideration of appellant's *pro se* motion for reconsideration of the denial of appellant's motion to recall mandate, it is

ORDERED that the motion is denied.

                          PER CURIAM.

Copies to:

Patricia Kidd
615 Roxboro Place N.W.
Washington, DC 20011

L. Darren Goldberg, Esquire
803 Sycolin Road
Suite 301
Leesburg, VA 20175

aj



# District of Columbia
# Court of Appeals



L. DARREN GOLDBERG
803 SYCOLIN ROAD
SUITE 301
LEESBURG, VA
      20175

04-CV-001119  PAT KIDD V. L  DARREN GOLDBERG                    CA9796-03

O R D E R

On consideration of this court's order of October 21, 2004, granting appellant's motion for an extension of time to file the statement regarding transcript on or before October 27, 2004, and it appearing that the statement regarding transcript has not been filed, it is

ORDERED that appellant shall, within 10 calendar days from the date of this order, file the statement regarding transcript, accompanied by a motion for leave. The motion should set forth good cause for the failure either to timely file the statement regarding transcript, or request an extension of time within which to do so. Failure to comply with this order shall subject this appeal to dismissal without further notice. See D.C. App. R. 13.    (lw)

FOR THE COURT

GARLAND PINKSTON, JR.
CLERK OF THE COURT

copies to:

PAT KIDD                    CLERK, SUPERIOR COURT