# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PATRICIA KIDD | : | |
| | : | Civil Action No. 1:05cv01388 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| GODWIN UKAEGBU, et al. | : | |
| | : | ORDER DISMISSING |
| Defendants. | : | CASE WITH PREJUDICE |

Upon consideration on Defendants Motion to Dismiss, it is hereby:

ORDERED that the Motion to Dismiss is GRANTED and the case will be

dismissed with prejudice.

BY THE COURT:

_____
U.S. District Court Judge

Copies to:


Patricia Kidd
615 Roxboro Place, NW
Washington, D.C. 20011

Federal Home Loan Mortgage Corporation
Dean S. Cooper
Associated General Counsel
8200 Jones Branch Drive, M/S 202
McLean, Virginia 22102