Dean S. Cooper
DC Bar #924894
Associate General Counsel
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive, M/S 202
McLean, Virginia 22102
(703) 903-2472 (tel.)
(703) 903-2252 (fax)

Attorney for Defendant Federal Home
    Loan Mortgage Corporation

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Patricia Kidd, Pro Se, Relator** ) | |
| **615 Roxboro Pl. N.W.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | |
| vs. ) | Civil Action No. 1:05 cv 1388 JDB |
| ) | |
| ) | |
| **Godwin Ukaegbu** ) | |
| **others known and unknown** ) | |
| ) | |
| **Defendants.** ) | |

### MOTION AND MEMORANDUM IN SUPPORT FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADINGS

NOW COMES Federal Home Loan Mortgage Corporation ("Freddie Mac"),

through counsel, and pursuant to Fed.R.Civ.P. 6(b) moves for an enlargement of the time

permitted to file an answer or other pleading responsive to the Complaint until 8 August 2005, and in support of this motion states as follows:

## STATEMENT OF FACTS

1. The Summons and Complaint, filed in the Superior Court of the District of Columbia, was filed on 7 February 2005 but not served upon Freddie Mac until Wednesday, 15 June 2005 (by certified mail service), and not received by Freddie Mac until Monday, 20 June 2005.

2. Plaintiff filed the civil action *pro se*, and does not have counsel.

3. This civil action was removed to this Court on 12 July 2005.

4. A preliminary review of the dockets of both this Court and of one or more courts within the jurisdiction of the District of Columbia, reflect that the matters raised in this civil action may already have been litigated between some or all of the same parties, or that the issues raised in this civil action may have been decided by entries of judgments or orders by one or more courts, including by this Court on the following civil actions: <u>Patricia Kidd v. District of Columbia</u>, *et al*, Civil Action No. 1:04-cv-2176-UNA (D.D.C.)(in which Plaintiff's complaint naming Freddie Mac and others also believed to be intended defendants in this civil action was dismissed with prejudice); as well as certain civil actions filed in one or more District of Columbia courts identified by docket numbers 03-9796, 04-1110 and 04-17395.

5. Pursuant to its obligation to confer on non-dispositive motions under LCvR 7(m), Freddie Mac has attempted to contact Plaintiff by telephone at the telephone number provided in the Complaint. A telephone call to that number produces a recorded message from the telephone company to the effect that the number is "disconnected or no longer in service", and an inquiry to the telephone company does not reveal any listing for Plaintiff in the District of Columbia. Freddie Mac has sent Plaintiff a letter requesting her consent to the enlargement. Freddie Mac has thus exhausted all efforts to confer with Plaintiff "in person or by telephone" as LCvR 7(m) requires.

## MEMORANDUM OF POINTS AND AUTHORITIES

In order to be able to timely and adequately prepare responsive pleadings, including a possible motion to dismiss the Complaint based upon theories of *res judicata* or collateral estoppel, Freddie Mac requires additional time to review the court files in these several civil actions. Freddie Mac only yesterday discovered the existence of these other possibly related court files, and has not yet had the opportunity to review the pleadings and orders filed in these several civil actions.

Fed.R.Civ.P. 6(b) provides that "[w]hen by these rules… an act is required… to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before expiration of the period originally prescribed…."

According to Fed.R.Civ.P. 81(c), based upon a consideration of the dates of receipt and service of the summons and complaint, and the date of the filing of the notice of removal, Freddie Mac is required to file its responsive pleadings in this civil action on or before 19 July 2005.

District courts have "extensive flexibility to modify the fixed time periods found throughout the rules, whether the enlargement is sought before or after the actual termination of the allotted time." Wright & Miller, Federal Practice and Procedure: Civil 3d § 1165 (and n.4, citing <u>Bilodeau v. Angelone</u>, 39 F.Supp.2d 652 (D.C.Va.1999)). "The court's power to enlarge time under Rule 6(b), however, will be employed to achieve "the just, speedy, and inexpensive determination of every action" as required by Rule 1." Wright & Miller, Federal Practice and Procedure: Civil 3d § 1165 (see n.5 quoting from Osberg Constr. Co. v. U.S., 3 Cl.Ct. 652, 655 (1983) citing Wright & Miller).

Freddie Mac respectfully submits that it has demonstrated good cause for the granting of this motion, based upon the facts and arguments presented above. Moreover, Freddie Mac submits that Plaintiff would not be prejudiced given the fact that she filed her Complaint on 7 February 2005, but did not serve Freddie Mac until over four months later. Granting Freddie Mac an additional three weeks to file responsive pleadings would be just and within the Court's discretion under all the circumstances.

WHEREFORE, Freddie Mac respectfully requests that the Court enter an order enlarging the time within which Freddie Mac may answer or otherwise plead to 8 August 2005.

Respectfully submitted, this 13th day of July, 2005.

                        FEDERAL HOME LOAN MORTGAGE CORPORATION

                        Dean S. Cooper
                        DC Bar #924894
                        Associate General Counsel
                        Federal Home Loan Mortgage Corporation
                        8200 Jones Branch Drive, M/S 202
                        McLean, Virginia 22102
                        (703) 903-2472 (telephone)
                        (703) 903-2252 (fax)

Of counsel:
Graham H. Kidner
Assistant General Counsel

## CERTIFICATE OF SERVICE

I, J. Arlene Campbell, hereby certify that on the 13th day of July, 2005 I caused a copy of the foregoing Motion for Enlargement of Time to File Responsive Pleadings and proposed Order Granting Motion to Enlarge Time for Filing Responsive Pleadings to be mailed first-class, prepaid postage, United States mail to the following:

Patricia Kidd
615 Roxboro Place, N.W.
Washington, D.C. 20011
  *and*
P.O. Box 29232
Washington, DC 20017

Wells Fargo Home Mortgage, Inc.
MAC X2505-02D
One Home Campus
Des Moines, Iowa 50328

Godwin Ukaegbu
5505 Sargent Road
Hyattsville, Maryland 20009

Draper & Goldberg PLLC
803 Sycolin Road, Suite 301
Leesburg, Virginia 20175

Alex Cooper Auctioneer, Inc.
c/o Draper & Goldberg PLLC
803 Sycolin Road, Suite 301
Leesburg, Virginia 20175

Robert Spanaletti
Office of the City Counsel
1350 Pennsylvania Avenue N.W.
Washington, D.C. 20004

District of Columbia Government
Mayor Anthony Williams
1350 Pennsylvania Avenue N.W.
Washington, D.C. 20004

_____
By: J. Arlene Campbell
Dated: July 13, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Patricia Kidd, Pro Se, Relator )<br>615 Roxboro Pl. N.W. )<br>  )<br>   Plaintiff, )<br>  )<br>  )<br>vs. )<br>  )<br>  )<br>Godwin Ukaegbu )<br>others known and unknown )<br>  )<br>   Defendants.           ) | Civil Action No. 1:05 cv 1388 JDB |

**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADINGS**

Upon motion of defendant Federal Home Loan Mortgage Corporation ("Freddie Mac") pursuant to FED. R. CIV. P. 6(b) for an enlargement of time within which to answer or otherwise plead to the Complaint, and for good cause shown, the motion is hereby granted this _____ day of July, 2005.

ORDERED, Freddie Mac shall have until 8 August 2005 to file its answer or to otherwise plead in response to the Complaint.

                                         _____
                                         Hon. John D. Bates
                                         United States District Judge

L:\CRTS\KIDNER\KIDD\order enlarging time.doc

## SERVICE LIST

Patricia Kidd
615 Roxboro Place, N.W.
Washington, D.C. 20011
 *and*
P.O. Box 29232
Washington, DC 20017

Wells Fargo Home Mortgage, Inc.
MAC X2505-02D
One Home Campus
Des Moines, Iowa 50328

Godwin Ukaegbu
5505 Sargent Road
Hyattsville, Maryland 20009

Draper & Goldberg PLLC
803 Sycolin Road, Suite 301
Leesburg, Virginia 20175

Alex Cooper Auctioneer, Inc.
c/o Draper & Goldberg PLLC
803 Sycolin Road, Suite 301
Leesburg, Virginia 20175

Dean S. Cooper
Associate General Counsel
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive, M/S 202
McLean, Virginia 22102

Robert Spanaletti
Office of the City Counsel
1350 Pennsylvania Avenue N.W.
Washington, D.C. 20004

District of Columbia Government
Mayor Anthony Williams
1350 Pennsylvania Avenue N.W.
Washington, D.C. 20004