UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PATRICIA KIDD | : | |
| | : | Civil Action No. 1:05cv01388 |
| Plaintiffs, | : | |
| v. | : | |
| GODWIN UKAEGBU, et al. | : | |
| Defendants. | : | |

## NOTICE OF FILING

TO THE CLERK OF THE COURT:

Please be advised that Patricia Kidd vs. Godwin Ukaegbu in the Superior Court of the District of Columbia (Case No.: 05ca000933b) has been dismissed. The Order of Dismissal from the aforementioned case is hereby attached.

Respectfully Submitted,

**/s/ Rita Ting-Hopper**
_____
James E. Clarke #460826
Rita Ting-Hopper #481136
Counsel for the Defendants
L. Darren Goldberg, Draper & Goldberg,
PLLC and Wells Fargo Home Mortgage,
Inc.
Draper & Goldberg, P.L.L.C.
803 Sycolin Road, Suite 301
Leesburg, VA 20175
703-777-7101