THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division
500 Indiana Avenue, NW
Washington, D.C. 20001

July 15, 2005

CASE NAME:   PATRICIA KIDD  vs  GODWIN UKAEGBU
CASE NO.    2005 CA 000933 B

Plaintiff having failed to file an affidavit evidencing service on the defendant within the time frame allowed by Rule 4 (m), the Clerk hereby enters a dismissal of the complaint without prejudice.

versus

_____

_____

_____

ORDER OF DISMISSAL



D. C. Superior Court
500 Indiana Avenue NW

Washington D.C. 20001

Room JM 120

| First Class Mail |
| U. S. Postage |
| Paid |
| Washington, D.C. |
| Permit No. 1726 |

DRAPER GOLDBERG
803 Sycolin Road
Suite 301
Leesburg, VA 20175

2005 CA 000933 B

CAOOD-4m.doc