UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICIA KIDD,** *pro se* <br><br> **Plaintiff,** <br><br> v. <br><br> **GODWIN UKAEGBU, et al.** <br><br> **Defendants.** | Civil Action No. 05-1388 (JDB) |

### ORDER

The above-captioned matter came to this Court from the Superior Court of the District of Columbia on July 12, 2005, upon Notice of Removal by defendant Federal Home Loan Mortgage Corp. ("Freddie Mac").  Plaintiff Patricia Kidd is representing herself, *pro se*.  Defendants L. Darren Goldberg, Draper & Goldberg, PLLC, and Wells Fargo Home Mortgage Corp. filed a motion to dismiss on July 18, 2005, and defendant Freddie Mac filed a similar motion on August 8, 2005.  That motion by defendant Freddie Mac was refiled on October 6, 2005.  On October 5, 2005, the Court issued an Order notifying plaintiff of the filing of defendants' motions and requiring a response by October 19, 2005.  No response from plaintiff has been received.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion.  "That notice … should include an explanation that the failure to respond … may result in the district court granting the motion and dismissing the case."  Id. at 509.

Accordingly, this court wishes again to advise plaintiff that she must file with the Clerk of the U.S. District Court a response to defendants' previously filed motions within fourteen (14) days of the date of this order, that is by not later than November 4, 2005. If plaintiff does not respond, the court will treat the motions as conceded and dismiss the case.

*So ordered.*

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated:   October 21, 2005

Copies to:

Patricia Kidd
615 Roxboro Place, N.W.
Washington, DC  20011

*Plaintiff*

James E. Clarke
DRAPER & GOLDBERG, PLLC
803 Sycolin Road, Suite 301
Leesburg, VA  20175-5654
Email: jamesec@drapgold.com

Dean Scott Cooper
FEDERAL HOME LOAN MORTGAGE CORP.
8200 Jones Branch Drive
Mailstop 202
McLean, VA  22102
Email: dean_cooper@freddiemac.com

*Counsel for defendants*