UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICIA KIDD, *pro se*

    Plaintiff,

        v.

GODWIN UKAEGBU, et al.

    Defendants.

Civil Action No. 05-1388 (JDB)

## ORDER

    The above-captioned matter came to this Court from the Superior Court of the District of Columbia on July 12, 2005, upon Notice of Removal by defendant Federal Home Loan Mortgage Corp. ("Freddie Mac"). Plaintiff Patricia Kidd is representing herself, *pro se*. Defendants L. Darren Goldberg, Draper & Goldberg, PLLC, and Wells Fargo Home Mortgage Corp. filed a motion to dismiss on July 18, 2005, and defendant Freddie Mac filed a similar motion on August 8, 2005.[1] On October 5, 2005, the Court issued an Order notifying plaintiff of defendants' motions and requiring a response by October 19, 2005. Having received no response from plaintiff by that date, the Court re-issued the Order on October 21, 2005, and instructed the Clerk to serve the Order on plaintiff at both her address of record and at a second address (a Post Office box that was reflected in the parties' certificates of service). That Order required a response by not later than November 4, 2005. On November 1, 2005, the copy of the October 21 order that had been

---

[1] Due to a clerical error by Freddie Mac, the motion was not properly docketed with the Court until October 6, 2005, but the accompanying certificate of service verifies that a copy of the motion was mailed to plaintiff on August 8, 2005.

directed to plaintiff's address of record was returned to the Clerk undeliverable, and the Court re-mailed the Order to the Post Office box address.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice ... should include an explanation that the failure to respond ... may result in the district court granting the motion and dismissing the case." Id. at 509. Accordingly, the Court wishes again to advise plaintiff that she must file with the Clerk of the U.S. District Court a response to defendants' previously filed motions. This is the final notification to plaintiff of her obligation. If plaintiff does not respond within ten (10) days of the date of this order, that is by not later than November 21, 2005, the Court will treat the motions as conceded and dismiss the case.

*So ordered.*

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated:   November 8, 2005

Copies to:

Patricia Kidd
P.O. Box 29232
Washington, DC  20017

> *Plaintiff*


James E. Clarke
DRAPER & GOLDBERG, PLLC
803 Sycolin Road, Suite 301
Leesburg, VA  20175-5654
Email: jamesec@drapgold.com

Dean Scott Cooper
FEDERAL HOME LOAN MORTGAGE CORP.
8200 Jones Branch Drive
Mailstop 202
McLean, VA  22102
Email: dean_cooper@freddiemac.com

> *Counsel for defendants*