UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICIA KIDD,** *pro se*  <br><br>**Plaintiff,**  <br><br>v.  <br><br>**GODWIN UKAEGBU, et al.**  <br><br>**Defendants.** | Civil Action No. 05-1388 (JDB) |

## ORDER

This civil action was filed in the Superior Court of the District of Columbia on February 7, 2005. It came to this Court on July 12, 2005, upon Notice of Removal by defendant Federal Home Loan Mortgage Corp. ("Freddie Mac"). Plaintiff Patricia Kidd is representing herself, *pro se*. Defendants L. Darren Goldberg; Draper & Goldberg, PLLC; and Wells Fargo Home Mortgage Corp. filed a motion to dismiss on July 18, 2005, and defendant Freddie Mac filed a similar motion on August 8, 2005.[1]

Having received no response from the plaintiff as to the motions, the Court on October 5, 2005, issued an order that -- consistent with the requirements of Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988) -- notified plaintiff of defendants' motions and required a response by October 19, 2005. The Court re-issued the order on October 21, 2005, and instructed the Clerk to mail the order to the plaintiff at both her address of record and at a second address (a Post Office box that

---

[1] Due to a clerical error by Freddie Mac, the motion was not properly docketed with the Court until October 6, 2005, but the accompanying certificate of service verifies that a copy of the motion was mailed to plaintiff on August 8, 2005.

was reflected in the parties' certificates of service).  That order required a response by not later than November 4, 2005.  On November 1, 2005, the copy of the October 21 order that had been directed to plaintiff's address of record was returned to the Clerk undeliverable, and the Court re-mailed the order to the Post Office box address.  The Court gave plaintiff one last opportunity to respond to the motions, transmitting yet another order to the plaintiff's Post Office box address on November 8, 2005, and requiring a response by not later than November 21, 2005.

As of this date, the Court has received no response from plaintiff.  Nearly ten months have passed since plaintiff first filed suit in Superior Court, defendants' motions to dismiss have been pending for about four months, and nearly two months have gone by since the Court first informed plaintiff of her obligation to respond to the motions.  In that time, there has been no communication whatsoever from the plaintiff to the Court.  Accordingly, the Court will treat the motions to dismiss as conceded, and it is hereby

**ORDERED** that the motions to dismiss are **GRANTED**; it is further

**ORDERED** that the complaint is **DISMISSED** with prejudice as to defendants L. Darren Goldberg; Draper & Goldberg, PLLC; Wells Fargo Home Mortgage Corp.; and Freddie Mac; and it is further

**ORDERED** that the complaint is **DISMISSED** without prejudice as to defendant Godwin Ukaegbu for want of prosecution.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated:   November 29, 2005

Copies to:

Patricia Kidd
P.O. Box 29232
Washington, DC  20017

    *Plaintiff*


James E. Clarke
DRAPER & GOLDBERG, PLLC
803 Sycolin Road, Suite 301
Leesburg, VA  20175-5654
Email: jamesec@drapgold.com

Dean Scott Cooper
FEDERAL HOME LOAN MORTGAGE CORP.
8200 Jones Branch Drive
Mailstop 202
McLean, VA  22102
Email: dean_cooper@freddiemac.com

    *Counsel for defendants*